**Order entered November 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01057-CR

**ROY OLIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-18595-V**

## ORDER

Before the Court is the Dallas County District Clerk's October 30, 2018 request for additional time to file the clerk's record. We **GRANT** the request and **ORDER** the clerk's record due on or before November 16, 2018.

/s/    CRAIG STODDART
JUSTICE